JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JORGE ARNULFO MORENO, | ) No. CV 15-03168-DSF (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JEFF MACOMBER, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: 5/12/15

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE